No. 269. DYER ET AL. v. SECURITIES AND EXCHANGE COMMISSION ET AL., *ante,* p. 835. The motion to supplement the record and the petition for rehearing are denied. *J. Raymond Dyer* for petitioners.

No. 326. METLAKATLA INDIAN COMMUNITY, ANNETTE ISLAND RESERVE, v. EGAN, GOVERNOR OF ALASKA, ET AL.; and

No. 327. ORGANIZED VILLAGE OF KAKE ET AL. v. EGAN, GOVERNOR OF ALASKA. Appeals from the District Court for Alaska. Further consideration of the question of jurisdiction is postponed to the hearing of the cases on the merits. *Richard Schifter* for appellant in No. 326. *John W. Cragun* and *Frances L. Horn* for appellants in No. 327. *John L. Rader,* Attorney General of Alaska, *Douglas L. Gregg,* Assistant Attorney General, and *James M. Fitzgerald* for appellees. Reported below: 18 Alaska ——, 174 F. Supp. 500.

No. 387, Misc. CREVIER v. HAND, WARDEN;
No. 388, Misc. MOORE v. LAVALLEE, WARDEN;
No. 407, Misc. COULTON v. OHIO;
No. 409, Misc. McCARTHY v. NEW YORK;
No. 416, Misc. McDANIEL v. CALIFORNIA ADULT AUTHORITY ET AL.;
No. 425, Misc. JONES v. NASH, WARDEN; and
No. 468, Misc. BURKS v. RAGEN, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 408, Misc. BLEVINS v. STEINER, WARDEN; and
No. 411, Misc. McFREDERICK v. COCHRAN, DIRECTOR, DIVISION OF CORRECTIONS. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.